UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | COLLIER/CARTER |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 1:10-CR-137 |
| | ) | |
| JAMES D. GAMBLE | ) | |

**O R D E R**

On November 10, 2010, Magistrate Judge William B. Mitchell Carter filed a Report and Recommendation recommending (a) the Court accept Defendant's plea of guilty to Count One of the Bill of Information; (b) the Court adjudicate Defendant guilty of the charges set forth in Count One of the Bill of Information; and (c) Defendant shall remain in custody pending sentencing in this matter (Court File No. 8). Neither party filed an objection within the given fourteen days. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count One of the Bill of Information is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Bill of Information; and

(3) Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **Thursday, March 17, 2011, at 2:00 pm.**

**SO ORDERED.**

**ENTER:**

　　　　　　　　　　　　　　　　　　　　**/s/**

**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**